# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Eric Lawrence Moreno**<br>DOB: 1980; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**21-03400MJ** |

Complaint for violation of Title 18, United States Code, Section 922(g)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 9, 2021, in the District of Arizona, **Eric Lawrence Moreno**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith & Wesson model SD40VE .40 caliber pistol; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 26, 2008, Eric Lawrence MORENO was convicted of Aggravated Assault with a Deadly Weapon/Dangerous Instrument, a class three felony punishable by imprisonment for a term exceeding one year, in Pima County Superior Court, Arizona, Case Number CR20074698. MORENO was sentenced to 3.5 years imprisonment.

On December 9, 2021, Special Agents from Homeland Security Investigations and the Bureau of Alcohol, Tobacco, Firearms and Explosives executed a federal search warrant at MORENO's residence in Tucson, Arizona. MORENO was the sole occupant of the residence. Agents discovered a Smith & Wesson model SD40VE .40 caliber pistol on a speaker box that appeared to be used as a nightstand in the bedroom used by MORENO. After being advised of and waiving his *Miranda* rights, MORENO stated to agents that he is a convicted felon and is aware he is not permitted to possess firearms. He admitted to possessing the firearm found in his residence. An ATF interstate nexus expert determined that the firearm was not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>**ANGELA WOOLRIDGE** Digitally signed by ANGELA WOOLRIDGE Date: 2021.12.09 18:09:47 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge*<br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br>**PAUL V BRADLEY** Digitally signed by PAUL V BRADLEY Date: 2021.12.09 21:15:05 -07'00'<br>OFFICIAL TITLE<br>HSI Special Agent Paul V. Bradley |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>December 9, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54