GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2022 JAN -5 PM 12: 38
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR-22-50-TUC-JCH(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Possession of Firearm and Ammunition by Convicted Felon)<br>Count 1 |
| Eric Lawrence Moreno, | |
| Defendant. | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 2 |
| | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 3 |
| | 18 U.S.C. § 924(c)<br>(Possessing Firearm in Furtherance of Drug Trafficking Crime)<br>Count 4 |
| | 18 U.S.C. § 924(d); 21 U.S.C. § 853; 28 U.S.C. § 2461(c)<br>Forfeiture |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about December 9, 2021, in the District of Arizona, Defendant ERIC LAWRENCE MORENO, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a

firearm and ammunition, that is, a Smith & Wesson model SD40VE .40 S&W caliber pistol and 38 rounds of .40 S&W caliber ammunition; said firearm and ammunition being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about December 9, 2021, in the District of Arizona, Defendant ERIC LAWRENCE MORENO did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about December 9, 2021, in the District of Arizona, Defendant ERIC LAWRENCE MORENO did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about December 9, 2021, in the District of Arizona, Defendant ERIC LAWRENCE MORENO did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Methamphetamine as alleged in Count 2, and Possession with Intent to Distribute Fentanyl as alleged in Count 3.

In violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 and 4 of this Indictment, Defendant ERIC LAWRENCE MORENO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

Upon conviction of Counts 2 and 3 of this Indictment, Defendant ERIC LAWRENCE MORENO shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

The property to be forfeited includes but is not limited to: a Smith & Wesson model SD40VE .40 S&W caliber pistol, serial number FBK8989; 38 rounds of .40 S&W caliber ammunition; and approximately $1144 in U.S. currency.

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: January 5, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Eric Lawrence Moreno*
*Indictment Page 3 of 3*