**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-00050-001-TUC-JCH (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Eric Lawrence Moreno, | |
| Defendant. | |

On motion of Defendant Eric Moreno ("Defendant"), pursuant to 18 U.S.C. § 3145 and 18 USC § 3145(b), Motion for Review of Magistrate's Order Denying Release ("Motion") (Doc. 31),

**IT IS ORDERED:**

(1) The government shall file a response to Defendant's Motion on or before **April 1, 2022**. The Court will review briefs and schedule a hearing by separate order if necessary.

Dated this 25th day of March, 2022.

Honorable John C. Hinderaker
United States District Judge